**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
VS.
Charles R. Keller

CASE/CITATION NO. 3:15-mj-0047cmk

**ORDER TO PAY**

SOCIAL SECURITY #: ___
DATE OF BIRTH: ___
DRIVER'S LICENSE #: ___
ADDRESS: ___
R.S.L.C.     Ca.     96015
CITY         STATE   ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.
DATE: 11.15.16
_____ DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**
5 years summary court probation.
[X] Fine: $ 1,175— and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 1,200.00 within ___ days/months; or payments of $ 100.00 per month, commencing 2-1-2017 and due on the first of each month until paid in full.
( ) Restitution: ___
( ) Community Service ___ with fees not to exceed $ ___
completed by ___
Excluded from Whiskeytown during the term of probation

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

[ ] CENTRAL VIOLATIONS BUREAU
PO BOX 71363
PHILADELPHIA, PA 19176-1363
1-800-827-2982
or
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

[ ] CLERK, USDC
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

[X] CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 11-15-16
_____ U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                                      EDCA-3